UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

LAUREL WARTLUFT,

          Plaintiff,

    v.

FEATHER RIVER COMMUNITY COLLEGE,

          Defendant.

NO. CIV. S-07-2023 FCD GGH

MEMORANDUM AND ORDER

----oo0oo----

    The court has reviewed plaintiff Laurel Wartluft's ("plaintiff") motion to modify the Status (Pretrial Scheduling) Order and good cause appearing in light of plaintiff's recent retention of new counsel and considering defendant Feather River Community College's ("defendant") stipulation to the motion, the court HEREBY GRANTS plaintiff's motion.[1]  Fed. R. Civ. P. 16(b).

    The Status (Pretrial Scheduling) Order of January 25, 2008 (Docket #13) is HEREBY modified as follows:

---

[1] Because oral argument will not be of material assistance, the court orders this matter submitted on the briefs. See E.D. Cal. L.R. 78-230(h).

1

| | | |
|---|---|---|
| 1 | Discovery Closes: | April 17, 2009 |
| 2 | Expert Disclosures due: | May 8, 2009 |
| 3 | Rebuttal Expert Disclosures due: | May 29, 2009 |
| 5 | Expert Discovery Deadline: | July 3, 2009 |
| 6 | Dispositive Motion Deadline: | August 21, 2009 |
| 8 | Final Pretrial Conference: | October 2, 2009 at 1:30 p.m. |
| 9 | Trial: | November 17, 2009 at 9:00 a.m. |

All other provisions of the court's Status (Pretrial Scheduling) Order of January 25, 2008 shall remain in tact.

IT IS SO ORDERED.

DATED: October 20, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE