ROBERT H. JOHNSON (SBN O48067)
JENNIFER L. HIPPO (SBN 222219)
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
California Plaza
2180 Harvard Street, Suite 560
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247

Attorneys for FEATHER RIVER COMMUNITY COLLEGE DISTRICT (sued as FEATHER RIVER COMMUNITY COLLEGE)

DANIEL SIEGEL (SBN 056400)
DEAN ROYER (SBN 233292)
SIEGEL & YEE
499 14th St., Ste 220
Oakland, CA 94612

Attorneys for Plaintiff LAUREL WARTLUFT

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAUREL WARTLUFT<br><br>　　Plaintiff<br><br>v.<br><br>FEATHER RIVER COMMUNITY COLLEGE<br><br>　　Defendant. | **CASE NO. 2:07-cv-02023-FCD-GGH**<br><br>**STIPULATION AND ORDER FOR (1) LEAVE TO AMEND COMPLAINT TO ADD PENDENT STATE CLAIMS FOR RELIEF (2) TO AMEND DEFENDANT'S ANSWER (3) WAIVE DEFENDANTS' ELEVENTH AMENDMENT IMMUNITY AND (4) TO ALLOW THE USE IN THIS ACTION OF ALL DEPOSITIONS, DISCOVERY, AND TESTIMONY** |

Plaintiff LAUREL WARTLUFT and Defendants[1] FEATHER RIVER COMMUNITY COLLEGE DISTRICT (hereinafter "FRCCD") (sued herein as FEATHER RIVER COMMUNITY COLLEGE) and prospective Defendant SUSAN CARROLL submit the

---

[1] "Defendants" includes prospective Defendant Susan Carroll.

1

**STIPULATION AND ORDER FOR (1) LEAVE TO AMEND COMPLAINT TO ADD PENDENT STATE CLAIMS FOR RELIEF (2) TO AMEND DEFENDANT'S ANSWER (3) WAIVE DEFENDANTS' ELEVENTH AMENDMENT IMMUNITY AND (4) TO ALLOW THE USE IN THIS ACTION OF ALL DEPOSITIONS, DISCOVERY, AND TESTIMONY**

1 following STIPULATED MOTION AND ORDER FOR LEAVE (1) TO AMEND COMPLAINT
2 TO ADD PENDENT STATE CLAIMS FOR RELIEF (2) TO AMEND DEFENDANT'S
3 ANSWER PRESERVING ALL DEFENSES TO PLAINTIFF'S PENDENT STATE COURT
4 CLAIMS FOR RELIEF (3) TO WAIVE DEFENDANTS' ELEVENTH AMENDMENT
5 IMMUNITY AND (4) TO ALLOW THE USE IN THIS ACTION OF ALL DEPOSITIONS,
6 DISCOVERY, AND TESTIMONY from each of the related actions described below:

7 By this Motion, Plaintiff LAUREL WARTLUFT and Defendant FEATHER RIVER
8 COMMUNITY COLLEGE DISTRICT (referred to collectively as the "Parties") seek to amend
9 the complaint filed with this Court on September 26, 2007 to include certain claims for violations
10 of the California Fair Employment and Housing Act that were originally filed in California state
11 Court in the County of Plumas. The state action entitled *Wartluft v. Feather River Community*
12 *College District and Susan Carroll*, Case No.: 26974 alleges claims for Retaliation and
13 Discrimination in violation of the Fair Employment and Housing Act; Failure to Prevent
14 Discrimination and Harassment in violation of the Fair Employment and Housing Act;[2] and Labor
15 Code violations. The Parties also stipulate that Defendant may amend the Answer to assert the
16 denials and defenses applicable except the defense of Eleventh Amendment immunity. Further,
17 Defendant agrees to and does expressly waive their right to assert the immunity from suit in
18 federal court afforded to State entities and their employees by the Eleventh Amendment to the
19 United States Constitution. Defendants stipulate that the statute of limitations for Plaintiff's
20 FEHA action has been tolled during the pendency of Plaintiff's action in state court. The parties
21 also agree that any award of attorneys' fees and costs to the prevailing party on the state claims
22 shall be determined by this court upon determination of prevailing party status. Further, the
23 parties stipulate that the parties may use all deposition testimony, discovery, evidence, and
24 hearing testimony (preserving all objections), to support this action, from each of the following
25 related actions; as if said discovery, evidence, or testimony had been obtained in this case:

26

---

27 [2] The State action was transferred to Butte County Superior Court, Case No.: 142788.

28

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815

- *Thein v. Feather River Community College District and Susan Carroll*, Case No.: 142787;
- *Juareguito v. Feather River Community College District, Susan Carroll, and Cameron Abbott*, Case No.: 142788;
- *Wartluft v. Feather River Community College District and Susan Carroll*, Case No. 142789;
- *Jaureguito v. Feather River Community College*, Case No. 2:06-cv-02687-FCD-GGH;
- *Thein v. Feather River Community College,* Case No. 2:07-cv-01777-FCD-GGH;
- *Thein v. Feather River Community College District, Dr. Susan Carroll, Cameron Abbott, Dr. Michael Bagley, Michael Cassity, and Joseph Munoz*, (Before the State Personnel Board of the State of California), Case No.: 06-1942;
- *Jaureguito v. Feather River Community College District, Dr. Susan Carroll, Cameron Abbott, and Joseph Munoz,* (Before the State Personnel Board of the State of California), Case No.: 06-2186; and
- *Thein v. Feather River Community College District, Dr. Susan Carroll, Cameron Abbott, Dr. Michael Bagley, Michael Cassity, and Joseph Munoz,* (Before the State Personnel Board of the State of California), Case No. 06-1979.

This stipulation is not intended to affect the current scheduling order in this matter and should not result in any delay or additional burden on the federal court because the facts underlying the State court action in Case No. 142788 are the same facts underlying the above-entitled action. In Plaintiff's opposition to Defendant's motion to stay the above-entitled action, Plaintiff admitted that the facts underlying the action were the same and that the only reason he filed a State action separate from the above-entitled action was because of Defendants' Eleventh Amendment immunity. The Parties are concurrently filing an identical stipulation in the related cases of *Jaureguito v. Feather River Community College District,* Case No. 2:06-cv-02687-FCD-GGH and *Thein v. Feather River Community College District*, Case No. 2:06-cv-01777-FCD-GGH.

The Parties further stipulate to consider this matter submitted on this Motion pursuant to

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815

Eastern District Court of California Local Rule No. 78-2230(h).

**IT IS SO STIPULATED.**

Dated: November 13, 2008           SIEGEL & YEE


                                   By: ___/s/Dean Royer_____
                                        DEAN ROYER
                                        Attorneys for Plaintiff
                                        LAUREL WARTLUFT

Dated: November 13, 2008           JOHNSON SCHACHTER & LEWIS
                                   A Professional Law Corporation


                                   By: ___/s/ Robert H. Johnson_____
                                        ROBERT H. JOHNSON
                                        Attorneys for Defendant FEATHER RIVER
                                        COMMUNITY COLLEGE DISTRICT and
                                        SUSAN CARROLL

**IT IS SO ORDERED.**

Dated: November 13, 2008

                                   _____
                                   FRANK C. DAMRELL, JR.
                                   UNITED STATES DISTRICT JUDGE

---

4

**STIPULATION AND ORDER FOR (1) LEAVE TO AMEND COMPLAINT TO ADD PENDENT STATE CLAIMS FOR RELIEF (2) TO AMEND DEFENDANT'S ANSWER (3) WAIVE DEFENDANTS' ELEVENTH AMENDMENT IMMUNITY AND (4) TO ALLOW THE USE IN THIS ACTION OF ALL DEPOSITIONS, DISCOVERY, AND TESTIMONY**