**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAUREL WARTLUFT,<br><br>        Plaintiff,<br><br>   vs.<br><br>FEATHER RIVER COMMUNITY COLLEGE,<br><br>        Defendant. | Case No. 2:07-CV-02023-FCD-GGH<br><br>**ORDER RE STATUS (PRETRIAL SCHEDULING) ORDER** |

     Pursuant to the parties Stipulation filed on April 17, 2009, the Court hereby MODIFIES its Pretrial Scheduling Order as follows:

| | |
|---|---|
| Discovery deadline: | September 9, 2009 |
| Designation of expert witnesses: | September 23, 2009 |
| Supplemental rebuttal designations: | October 13, 2009 |
| Expert discovery deadline: | November 13, 2009 |
| Dispositive motions heard no later than: | January 15, 2010 |
| Final pretrial conference set for | March 12, 2010 at 2:00 p.m. |
| Jury trial set for: | May 18, 2010, at 9:00 a.m. |

Dated: April 20, 2009

                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE