Wayne H. Maire, State Bar No.: 88850
Patrick L. Deedon, State Bar No. 245490
MAIRE & BURGESS
2851 Park Marina Drive, Suite 300 (96001)
P. O. Drawer 994607
Redding, CA  96099-4607
Telephone:  (530) 246-6050 / Fax:  (530) 246-6060

Robert H. Johnson, State Bar No. 048067
Jennifer L. Hippo, State Bar No. 222219
JOHNSON SCHACHTER & LEWIS
2180 Harvard Street, Suite 560
Sacramento, California 95815
Telephone:  (916) 921-5800 / Fax (916) 921-0247

Attorneys for Defendant, FEATHER RIVER COMMUNITY COLLEGE DISTRICT

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAUREL WARTLUFT,<br><br>           Plaintiff,<br><br>     vs.<br><br>FEATHER RIVER COMMUNITY COLLEGE DISTRICT<br><br>           Defendant. | Case No.:   2:07-CV-02023-FCD-GGH<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR MOTION TO MODIFY SCHEDULING ORDER TO BE HEARD ON OCTOBER 8, 2010** |

Upon review of the ex parte application for order shortening time, declaration of Wayne H. Maire in support thereof, notice of motion to modify scheduling order, and on good cause shown,

**IT IS HEREBY ORDERED**:

1. The Ex Parte Application for Order Shortening Time is **GRANTED**.

2. The hearing on Defendant, FEATHER RIVER COMMUNITY COLLEGE's Motion to Modify Scheduling Order is set for **October 8, 2010, at 10:00 a.m.** in Courtroom 2.

3. Plaintiff's opposition to the motion to modify is due by **October 4, 2010 at 4:00 p.m.**

4. Defendant's reply is due by **October 5, 2010 at 4:00 p.m.**

---

**ORDER GRANTING EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR MOTION                              PAGE 1
TO MODIFY SCHEDULING ORDER TO BE HEARD ON OCTOBER 8, 2010**

5. In light of the Motion to Modify the Scheduling Order, the Court VACATES the Final Pretrial Conference set for October 8, 2010. The Court will reset the conference in its order on the motion.

Dated: October 1, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE